IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CEDRIC WEAVER,<br>     Plaintiff, | : PRISONER CIVIL RIGHTS<br>: 42 U.S.C. § 1983<br>: |
| v. | : |
| SHERIFF THEODORE JACKSON et al.,<br>     Defendants. | : CIVIL ACTION NO.<br>: 1:15-CV-231-TWT-LTW<br>: |

**FINAL REPORT AND RECOMMENDATION**

Plaintiff was confined at the Fulton County Jail in Atlanta, Georgia when he filed this action. (Doc. 1.) Plaintiff, pro se, seeks damages for alleged violations of his constitutional rights. (*Id.*)

On January 29, 2015, the Court entered an Order directing Plaintiff to submit, with twenty-one days, the filing fee for this action or an application to proceed *in forma pauperis*. (Doc. 3.) The Court warned Plaintiff that failure to comply may result in dismissal of this case. (*Id.*)

Plaintiff has not submitted anything in response to the Court's Order, and the deadline for compliance has passed. The copy of the Order mailed to Plaintiff was returned as undeliverable because he has been released from the jail. (Doc. 4.) Plaintiff has not provided the Court with his new address.

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with a lawful order of the Court and to provide a current address. *See* Fed. R. Civ. P. 41(b); LR 41.2C, NDGa; LR 41.3A(2), NDGa.

**SO RECOMMENDED** this 9 day of March, 2015.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev.8/82)